UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v. Case No.: 2:20-cr-116-SPC-NPM

DONTRELL CAMPBELL

## OPINION AND ORDER

Before the Court is Defendant Dontrell Campbell's Amended Unopposed Motion for Early Termination of Supervised Release. (Doc. 89). Neither the United States nor the Probation Office opposes the motion. For the following reasons, the motion is granted.

Defendant pled guilty to one count of possession with intent to Distribute Methamphetamine and one count of possession with intent to distribute fentanyl. On August 9, 2021, the Court sentenced Defendant to 57 months of imprisonment, followed by three years of supervised release with the special conditions of drug testing and substance abuse and mental health treatment, as well as a special assessment of $200. (Doc. 86).

On February 1, 2024, Defendant was released from prison and began his supervision sentence. Defendant successfully completed substance abuse treatment and has maintained lawful full-time employment while complying with all terms and conditions of his supervision. (Doc.89-1).

"The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)[,]

> (1) terminate a term of probation and discharge the defendant at any time after the expiration of one year of probation, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

18 U.S.C. § 3583(e)(1).

After considering the law against the record, the Court will end Defendant's term of supervised release early. Defendant has successfully completed approximately two and a half years of his term of supervised release without incident. The Government and the Probation Officer do not object to his request. The Court thus finds that early termination of Defendant's supervised release is in the best interests of justice, Defendant, and the public.

Accordingly, it is **ORDERED**:

Defendant Dontrell Campbell's Amended Unopposed Motion for Early Termination of Supervised Release (Doc. 89) is **GRANTED**. Defendant's term of supervised release shall terminate on **August 15, 2026**.

**DONE** and **ORDERED** in Fort Myers, Florida on August 11, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record